IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| MYLES LAMBERT BELL, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11CV00314 SWW |
| | * | |
| SEARS, ROEBUCK AND CO. and JOHN DOES 1-5, | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

**Order of Dismissal**

Before the Court is plaintiff's unopposed motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). The motion [docket entry 18] is granted. Plaintiff's complaint is hereby dismissed without prejudice.

IT IS SO ORDERED this 28th day of February, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE